grounds set forth in the stipulations. *Messrs. Oliver O. Haga and W. G. Graves* for appellants. *Mr. Leon M. Fisk* for appellee. Reported below: 35 F. (2d) 386.

No. 5. INDIAN MOTOCYCLE CO. *v.* UNITED STATES. Motion submitted October 6, 1930. Decided October 13, 1930. The motion to amend the certificate in this case is granted. *Messrs. Monte Appel* and *Frederick Schwertner* for Indian Motocycle Co. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Fred K. Dyar* for the United States.

No. 9. FRANC-STROHMENGER & COWAN, INC., *v.* FORCHHEIMER ET AL. Motions submitted October 6, 1930. Decided October 13, 1930. *Per Curiam: The* motion of Bachrach Co., Inc., Hut Neckwear Co., McCurrach Organization, Inc., I. Isaac & Co., and Kramer-Brandeis, Inc., for leave to intervene in this Court as parties respondent in this cause is denied. The motion of petitioner to dismiss the writ of certiorari is granted. *Messrs. Joe E. Daniels, Holland S. Duell, Clifford E. Dunn, Frederick P. Fish,* and *Charles Neave* for petitioner. *Mr. O. Ellery Edwards* for respondents. *Mr. Milton Strasburger* for Bachrach Co. et al.

No. 545 (October Term, 1928). STANDARD OIL CO. ET AL. *v.* CITY OF MARYSVILLE ET AL. Motion submitted October 6, 1930. Decided October 13, 1930. The motion for an order interpreting the decision of this Court is denied. See 279 U. S. 582. *Mr. James W. Reid* for petitioners. *Mr. Chester I. Long* for respondents.